# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 10-2991

———————

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the Northern |
| | *   District of Iowa. |
| Orlando Straw, | * |
| | *   [UNPUBLISHED] |
| Appellant. | * |

———————

Submitted: December 22, 2010
Filed: December 23, 2010

———————

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

———————

PER CURIAM.


In this direct criminal appeal, Orlando Straw challenges the sentence the district court[1] imposed after revoking his supervised release. In particular, he challenges (1) the length of his prison term, and (2) a no-contact order imposed as a special condition of his supervised release. Upon careful review, we conclude that the district court did not impose an unreasonable term of imprisonment. See 18 U.S.C. § 3583(e)(3); United States v. Thunder, 553 F.3d 605, 609 (8th Cir. 2009) (revocation sentence

———————

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

above Guidelines range was not substantively unreasonable where defendant repeatedly violated supervised release); <u>United States v. Tyson</u>, 413 F.3d 824, 825 (8th Cir. 2005) (standard of review). We further conclude that the court did not abuse its discretion in imposing the no-contact order. <u>See</u> 18 U.S.C. § 3583(d)(1)-(3) (factors for court to consider in ordering special condition of supervised release); <u>United States v. Simons</u>, 614 F.3d 475, 478 (8th Cir. 2010) (standard of review).

Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

_____